IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TANYA MCFADYEN,            ) | |
| ) | |
| Plaintiff,         ) | |
| ) | |
| vs.                                              ) | Civil Action Number |
| ) | **2:13-cv-00804-UNAS-AKK** |
| BLOUNT COUNTY ALABAMA, ) | |
| et al.,                                         ) | |
| ) | |
| Defendants.   ) | |

## MEMORANDUM OPINION AND ORDER

Pursuant to 28 U.S.C. § 1447, Plaintiff Tanya McFadyen seeks to remand the above captioned action to the Blount County Circuit Court, *see* doc. 24, based on her Amended Complaint, doc. 23, which omitted the only federal claim in this matter. Since Defendants removed this action based on the existence of federal question jurisdiction, *see* doc. 1, Defendants concede that Plaintiff's Amended Complaint destroys federal jurisdiction, doc. 28 at 2. Accordingly, Plaintiff's motion is **GRANTED**, and the court **REMANDS** this action to the Blount County Circuit Court.

**DONE** this 29th day of May, 2013.

_____
**ABDUL K. KALLON**
UNITED STATES DISTRICT JUDGE